# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153930

CRYSTAL DOZIER,
          Plaintiff-Appellant,

v

SC: 153930
COA: 331004
Wayne CC: 14-008607-NI

STATE AUTO PROPERTY & CASUALTY
COMPANY,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the May 2, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

a0424